IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| JACOB RODRIGUEZ, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL NO. 10-754-GPM ) |
| ILLINOIS PRISONER REVIEW BOARD, | ) ) |
| Defendant. | ) |

# **MEMORANDUM AND ORDER**

**MURPHY, District Judge:**

This action came before the Court on Plaintiff's motion to proceed *in forma pauperis* (Doc. 2). Plaintiff was ordered to pay an initial partial filing fee of $29.50 no later than April 29, 2011, and to file an affidavit containing the information required under 28 U.S.C. § 1915(a)(1) to enable the Court to evaluate his current resources, now that he is released from incarceration, and determine whether to defer collection of the remainder of the unpaid filing fee (*see* Doc. 7). To date, Plaintiff has not tendered the initial partial filing fee or filed an affidavit of indigence.

Pursuant to Federal Rule of Civil Procedure 41(b), this action is **DISMISSED with prejudice** for failure to comply with an order of this Court. *See generally Ladien v. Astrachan*, 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga*, 34 F.3d 466 (7th Cir. 1994); *see also Robbins v. Switzer*, 104 F.3d 895, 897-98 (7th Cir. 1997). The Clerk of Court is **DIRECTED** to enter judgment accordingly.

**IT IS SO ORDERED.**

DATED: 06/14/11

s/ *G. Patrick Murphy*
G. PATRICK MURPHY
United States District Judge